IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATHWAY SENIOR LIVING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:15-CV-2607-M |
| | ) |
| PATHWAYS SENIOR LIVING LLC, | ) |
| | ) |
| Defendant. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff is awarded $25,250.95 in attorneys' fees and $908.52 in costs.

SIGNED this 22 day of November, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE